UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                  Plaintiff,                  18 Cr. 365-2 (LGS)

          -against-                                ORDER

OCTAVIO MOLINA-ACEVEDO,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2020, Defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c) (Dkt. No. 95). It is hereby

**ORDERED** that the Government shall file a response to Defendant's motion on ECF by **April 2, 2020**.

Defendant is advised to begin the process of exhausting his administrative remedies, pursuant to the requirements of 18 U.S.C. § 3582(c)(1)(A), as soon as possible.

Dated: April 1, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**