UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                      Plaintiff,

-against-

OCTAVIO MOLINA-ACEVEDO,
                                       Defendant.
------------------------------------------------------------X

18 Cr. 365-2 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2020, Defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c) (Dkt. No. 95). On April 2, 2020, the Government filed a letter response in opposition to Defendant's motion (Dkt. No. 98). It is hereby

**ORDERED** that the Government shall file a letter by April 10, 2020, stating whether the Bureau of Prisons has already determined not to file a motion for compassionate release on Defendant's behalf, and if so, the basis for the denial. The letter shall additionally describe the process by which Defendant would be transferred to an immigration facility and ultimately removed, and how that process has been affected by the current state of emergency

Dated: April 6, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE