UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                    Plaintiff,        :          18 Cr. 365-2 (LGS)
                                                      :
                    -against-                         :              ORDER
                                                      :
OCTAVIO MOLINA-ACEVEDO,                               :
                                    Defendant.        :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 31, 2020, Defendant filed a motion for compassionate release

pursuant to 18 U.S.C. § 3582(c) (Dkt. No. 95);

      WHEREAS, on April 13, 2020, Defendant's motion was denied without prejudice to

renewal upon compliance with § 3582(c)(1)(A) (Dkt. No. 104);

      WHEREAS, on April 17, 2020, Defendant filed two letter motions supplementing

Defendant's earlier filings and responding to the Government's filings.  The letter motions are

construed as motions for reconsideration (Dkt. Nos. 106 & 107).  It is hereby

      **ORDERED** the letter motions for reconsideration are DENIED.  Defendant does not

represent that he has complied with § 3582(c)(1)(A).  Defendant's counsel is further directed to

select the appropriate filing designation when filing documents on ECF to avoid the inadvertent

opening of motions.

      The Clerk of Court is respectfully requested to close the motions at Dkt. Nos. 100, 97, 106

and 107.

Dated:  April 20, 2020
      New York, New York

                               **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**