UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA         :
                                                      : 18 Cr. 365 (LGS)
               -against-                    :
                                                      : ORDER
OCTAVIO MOLINA ACEVEDO,        :
                               Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order at Dkt. No. 112 scheduled a hearing for May 29, 2020, and directed Defendant's counsel to email a letter to the Chambers Inbox stating whether Defendant waives his appearance at the hearing by May 27, 2020;

      WHEREAS, no email was received. It is hereby

      ORDERED that Defendants' counsel shall file a letter on ECF as soon as possible and no later than May 28, 2020, indicating whether Defendant waives his appearance. If counsel is unable to communicate with Defendant by this deadline, the letter shall so state, and the conference will be adjourned.

Dated: May 28, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE