UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA              :
                                                         :          18 Cr. 365 (LGS)
                         -against-                  :
                                                         :                ORDER
OCTAVIO MOLINA ACEVEDO,             :
                                      Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a hearing was held on June 5, 2020. As discussed at the hearing, it is hereby

        **ORDERED** that, as soon as possible and no later than **June 12, 2020**, the Government shall file the following under seal by email to the Court:

- Defendant's complete medical records from the Bureau of Prisons; and

- A letter providing information on the status of the York County Prison with respect to the COVID-19 pandemic, including whether and to what extent there have been or are confirmed cases among staff or inmates and the extent of testing.

Dated: June 5, 2020
        New York, New York

                                                  LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**