UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA           :

                                       :           18 Cr. 365 (LGS)

           -against-           :

                                       :           <u>ORDER</u>

OCTAVIO MOLINA ACEVEDO,      :

                      Defendant.  :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that, by **June 12, 2020**, the Government shall file by letter on the public

docket the information provided to the Court by email regarding the status of the York County

Prison with respect to the COVID-19 pandemic.

Dated: June 10, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**