UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                      :

  UNITED STATES OF AMERICA         :

                                             :              18 Cr. 365 (LGS)

           -against-            :

                                             :               ORDER

  OCTAVIO MOLINA ACEVEDO,     :

                              Defendant.    :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that, rather than transferring Defendant to an

ICE-contracted facility, ICE requests that Defendant be released on ICE Supervised Custody,

with additional arrangements for his departure to be made.  It is hereby

      **ORDERED** that this Court's Order at Dkt. No. 119 is **VACATED**.  It is further

      **ORDERED** that, as soon as possible, Defendant shall file under seal by email to

Chambers a proposed amended order, providing for Defendant's stay in and ultimate departure

from the United States, including the address of the private residence at which Defendant shall

stay pending his departure.  Defendant's counsel shall confer with the Government prior to filing

the proposed amended order, and shall specify whether the Government consents to the language

of the proposed amended order.

Dated: June 16, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**